UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELANIE MARSH,

    Plaintiff,

v.                          Case No: 5:12-cv-346-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's appeal to the District Court from the final decision of the Commissioner of Social Security. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 19), it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED and ADOPTED. The decision of the Commissioner is **AFFIRMED**. Clerk of the Court is directed to issue a judgment for the Commissioner pursuant to Sentence 4 of § 405(g) and CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this 22 day of August, 2013.

                                              G. KENDALL SHARP
                                    SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties